**Electronically filed**

Eastern District of Kentucky
FILED

MAR 1 0 2006

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

Amanda L. Kistner                              :
                                               :
        Plaintiff                 :   Case No. 2:06cv19 WOB
                                               :
vs.                                            :
                                               :   Judge William O. Bertelsman
Citifinancial, dba Citifinancial Retail        :
Services                                       :
                                               :
        Defendant

### Stipulation of Dismissal With Prejudice

The parties having amicably resolved their differences, the above-captioned matter is

hereby dismissed with prejudice as to refiling.

_William O. Bertelsman_
Judge Bertelsman

/s/Steven C. Shane
Steven C. Shane
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net